Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>DANVILLE SYCAMORE INN LLC,<br><br>Defendants. | Case No: 3:20-cv-01976-JCS<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the above case has settled. The parties anticipate closing documents to be filed in the coming weeks. The parties further request that any pending deadlines and hearings be taken off calendar.

DATED this 28th day of May, 2020.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff