# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:20-cv-01976-JCS |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| DANVILLE SYCAMORE INN LLC, | |
| Defendant. | |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case; each party to bear their own fees and costs.

DATED this 13th of November, 2020.

_____
JEFFREY S. WHITE
U.S District Court Judge